In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-09-00317-CR


 ____________________



TRISTAN ERIC BAMBER, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 08-3897 






MEMORANDUM OPINION





 Pursuant to a plea bargain agreement, appellant Tristan Eric Bamber pled guilty to
injury to an elderly individual. The trial court found the evidence sufficient to find Bamber
guilty, but deferred further proceedings and placed Bamber on community supervision for
eight years. The State subsequently filed a motion to revoke Bamber's unadjudicated
community supervision. Bamber pled "true" to two violations of the conditions of his
community supervision. The trial court found that Bamber violated the conditions of his
community supervision, found Bamber guilty of injury to an elderly individual, and assessed
punishment at eight years of confinement. 

 Bamber's appellate counsel filed a brief that presents counsel's professional
evaluation of the record and concludes the appeal is frivolous. See Anders v. California, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978). On November 5, 2009, we granted an extension of time for appellant to file a
pro se brief. We received no response from appellant. We reviewed the appellate record,
and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore,
we find it unnecessary to order appointment of new counsel to re-brief the appeal. Compare
Stafford v. State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's
judgment. (1)

 AFFIRMED.

 _________________________________

 DAVID GAULTNEY 

 Justice 


Submitted on February 9, 2010

Opinion Delivered February 17, 2010 

Do Not Publish


Before McKeithen, C.J., Gaultney and Horton, JJ.
1. Appellant may challenge our decision in this case by filing a petition for discretionary
review. See Tex. R. App. P. 68.